IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
\* DECEMBER 03, 2025 \*
BROOKLYN OFFICE

EJD:SP
F. #2024R00967

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

BARRY GOLD and
TODD PADAVONA,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. _____25-CR-376_____
(T. 18, U.S.C., §§ 894(a)(1), 981(a)(1)(C),
2 and 3551 et seq.; T. 21, U.S.C.,
§ 853(p); T. 28, U.S.C., § 2461(c))

**Judge Eric R. Komitee**
**Magistrate Judge Seth D. Eichenholtz**

THE GRAND JURY CHARGES:

## COUNT ONE
(Extortionate Collection of Credit Conspiracy)

1. In or about and between August 2024 and December 2024, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants BARRY GOLD and TODD PADAVONA, together with others, did knowingly and intentionally conspire to participate in the use of extortionate means to collect one or more extensions of credit from John Doe, an individual whose identity is known to the Grand Jury.

(Title 18, United States Code, Sections 894(a)(1) and 3551 et seq.)

## COUNT TWO
(Extortionate Collection of Credit)

2. In or about and between August 2024 and December 2024, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants BARRY GOLD and TODD PADAVONA, together with others, did knowingly and

intentionally participate in the use of extortionate means to collect one or more extensions of credit from John Doe.

(Title 18, United States Code, Sections 894(a)(1), 2 and 3551 et seq.)

## COUNT THREE
(Extortionate Collection of Credit)

3. In or about and between March 2025 and July 2025, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant TODD PADAVONA, together with others, did knowingly and intentionally participate in the use of extortionate means to collect and attempt to collect one or more extensions of credit from Jane Doe, an individual whose identity is known to the Grand Jury.

(Title 18, United States Code, Sections 894(a)(1), 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

4. The United States hereby gives notice to the defendants that, upon their conviction of any of the offenses charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offenses to forfeit any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offenses.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

3

   (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

   (Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

_____s/_____
FOREPERSON

By: *Whitman G.S. Knapp, AUSA*
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK